sion, Second Department. March 24, 1911.) Action by Charles Rosenberg against Max Halpert. No opinion. Motion denied, on condition that the defendant perfect his appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 136 App. Div. 890, 119 N. Y. Supp. 1143.

ROTHBARTH et al., Respondents, v. EDEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Martin Rothbarth and others against Charles L. Edey and others. L. C. Ledyard, for appellants. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

ROTHBARTH et al., Respondents, v. HERZFELD et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Martin Rothbarth and others against Felix Herzfeld and others. L. C. Ledyard, for appellants. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

ROTHENBERG, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department, March 8, 1911.) Action by August W. L. Rothenberg against Newton M. Collins.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence.

RUDOLPH v. SLOWEY. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Appeal from Special Term, New York County. Action by Anton E. Rudolph against Ann T. Slowey. From an order denying motion to open default, defendant appeals. Reversed, and motion granted. W. F. Clare, for appellant. F. W. Noble, for respondent.

PER CURIAM. The order appealed from should be reversed, without costs, and the motion granted, to the extent of opening the defendant's default and permitting her to answer, upon condition that she pay all costs of the action to date to be taxed; the judgment to stand as security for any recovery the plaintiff may have.

RUPP, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Richard C. Rupp against Frederick Boyd Stevenson (action No. 1). No opinion. For error in excluding plaintiff's check, Exhibit A

for identification, judgment of the Municipal Court reversed and new trial ordered; costs to abide the event.

RUPP, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Richard C. Rupp against Frederick Boyd Stevenson (action No. 2). No opinion. Judgment of the Municipal Court affirmed, with costs.

RUSSO–CHINESE BANK, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Russo-Chinese Bank against Evans R. Dick and others. G. S. Graham, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYAN, Appellant, v. JOSLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Thomas J. Ryan against Falcon Joslin and others. C. A. Boston, for appellant. H. Barry, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RYAN, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Roger Ryan against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence.

SABATINO, Respondent, v. ROEBLING CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Innocenzo Sabatino against the Roebling Construction Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 217, 120 N. Y. Supp. 956.

KRUSE, J., dissents, upon the ground that the lowering of the elevator was a detail of the work, and that the notice of claim and evidence in support thereof were insufficient to establish negligent superintendence.

ST. GEORGE CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the St. George Contracting Company against the City of New York. For former opinion, see 128 N. Y. Supp. 393.

PER CURIAM. Motion for reargument denied, with $10 costs.

SAPIRSTEIN, Appellant, v. GOPHRENER, Respondent. (Supreme Court, Appellate

Division, Second Department. April 7, 1911.) Action by Jacob Sapirstein against Samuel Gophrener. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SASSA, Respondent, v. SASSA, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Jennie Sassa against John H. Sassa. C. T. B. Rowe, for appellant. A. S. Marcuson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

SAYLES, Appellant, v. QUEIROLO, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Burton E. Sayles, as executor and trustee, etc., of Louisa Sayles, deceased, against John Queirolo. No opinion. Judgment affirmed, with costs.

---

SCHALLER, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Annie Schaller against the Staten Island Midland Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHER, Respondent, v. LUNA PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Hyman Scher against the Luna Park Company. No opinion. Judgment and order of Municipal Court affirmed, with costs.

---

SCHLANG v. ADELSON et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Alexander Schlang against Joseph Adelson and others. No opinion. Application denied, with $10 costs. Order signed.

---

SCHLANG v. ADELSON et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Alexander Schlang against Joseph Adelson and others. No opinion. Motion denied, with $10 costs. Order filed.

---

SCHLEGEL, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Katharina Schlegel against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, J., taking no part.

---

SCHMIDT, Respondent, v. NIAGARA ELECTRO–CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Byron J. Schmidt, an infant, etc., against the Niagara Electro-Chemical Company. No opinion. Judgment and order affirmed, with costs.

SCHORR, Respondent, v. FRAWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Jacob Schorr against Patrick J. Frawley. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 N. Y. Supp. 1143.

---

SCHRATWIESER FIREPROOF CONST. CO., Respondent, v. WILLIAM F. KENNY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Schratwieser Fireproof Construction Company against the William F. Kenny Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., votes to reverse, on the error in the charge at folios 241 and 243.

---

SCHWARTZ, Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Charles Schwartz against Jacob Kaufman and another. No opinion. Motion denied, without costs.

---

SCHWARTZENFELD, Respondent, v. SCHOCHET, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Ida Schwartzenfeld, an infant, by Adolph Schwartzenfeld, her guardian ad litem, against Louis Schochet. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SCHWARZSCHILD et al., Respondents, v. JOSEPH, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Samuel Schwarzschild and others against Frederick Joseph. A. Benedict, for appellant. W. M. K. Olcott, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SEAGER, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Rose C. Seager, as administratrix etc., against the Solvay Process Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 127 N. Y. Supp. 1144.

---

SEMKEN, Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Frederick Semken against Lawrence E. Blake, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SHAY, Respondent, v. NORTHERN CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Ella L. Shay against the Northern Central Railroad Company.